No. 76–5681. CASPER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5771. LEISS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–5918. SCULLY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5936. ESTEP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5959. NYBERG v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 76–5972. LIPSCOMB v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5975. CRONIN v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 76–5993. BLACKBURN v. STRALKA ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–6005. HARRELL v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 76–6012. HOLMES v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–6027. CURRY v. CALIFANO, SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6042. BROWN v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–6060. AVALOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6070. WILSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.